William M. Isbell ADC #108115
ASPC-Eyman - SMU 2 (4IB2T)
PO Box 3400
Florence AZ 85232
Pro-Se

FILED ___ LODGED
RECEIVED ___ COPY
MAY 15 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# In The United States District Court
# For The District of Arizona

| | |
|---|---|
| William M. Isbell, | No. CIV-04-2242-PHX-JAT (VAM) |
| Plaintiff, | |
| v. | Statement Of Facts In Support Of Plaintiff's Motion For Partial Summary Judgment |
| Justin Hughes et, al, | -And- |
| Defendants. | Denying Defendant's Cross Motion. |

Plaintiff Hereby Submits The Following Statement Of Fact's In Support Of His Motion For Partial Summary Judgment On Liability. "Exhibits A-RR Attached"

1. Internal Affairs Case Log Involving 1-16-03 Citizens Complaint Of Justin Hughes, By Sophia Campos. PG 26 "A"

2. Internal Affairs Case Log Involving Report Of Justin Hughes Dated 1-16-03 Regarding Disobeying Director Order To Discontinue Vehicle Pursuit Which Hughes Did Not Do As A Result Causing $6,000 Damage To Patrol Vehicle. PG. 27 "B"

3. Internal Affairs Case Log Involving 3/30/04 Citizens Complaint Of Justin Hughes, By Raquel Costanza PGs 36 & 40."C"

4. Formal Letter Addressed To Mr. BJ Cornwall, City Manager Dated 5-26-2005 And Complaint Filed 9-28-05 In Maricopa County Superior Court Alleging Several Allegations. "D"

1.

5. Cover sheet dated 11-30-05 from Carroll Buracker & Associates, Inc. ("CBI Study Team") "E"

6. Report from 2005 Police Audit conducted by "CBI" regarding "Study Methodology". Report # AUD00017 "F"

7. Report from 2005 Police Audit conducted by "CBI" listing in depth "Background Reports" of Auditors. Report # AUD00018 - AUD00022. "G"

8. Report from 2005 Police Audit conducted by "CBI" stating "EMPD is Quite Dysfunctional", "Has been mismanaged for years," "Has had no Supervisor in Investigations for One Year" Report # AUD00039. "H"

9. Report from 2005 Police Audit conducted by "CBI" regarding "Evidence bieng left on Detectives Desk while not in Office," as well as other allegations. Report # AUD00044. "I"

10. Report from 2005 Police Audit conducted by "CBI" "EMPD P&P Manuel not related to EMPD", "Employee's stated that they were not trained on the policies," "City has current liability with current policies". Report # AUD00046-47 "J"

11. Report from 2005 Police Audit conducted by "CBI" states "Team has never seen such a Dysfunctional Department," "As managed, supervised, and staffed, the team had very serious concerns". Report # AUD00056 "K"

12. Report from 2005 Police Audit conducted by "CBI" regarding "Leadership and Management", "Criminal Investigation Selection Proccess for Detectives," "Supervision of Detectives." Report # AUD00080 & AUD00213. "L"

2.

13. REPORT OF 2005 AUDIT CONDUCTED BY "CBI" STATES: "THERE IS A MAJOR DISCONNECT BETWEEN WRITTEN POLICIES AND PROCEDURES AND THE ACTUAL PRACTICES WITHIN THE DEPARTMENT." REPORT # AUD00319. "M"

14. REPORT OF 2005 AUDIT CONDUCTED BY "CBI" FOUND: "BASED ON REVIEW OF PRACTICES IN THE EMPD THERE IS INCONSISTENCY AND A LACK OF KNOWLEDGE ABOUT SPECIFIC POLICIES BY A SUBSTANTIAL NUMBER OF SWORN PERSONNEL." REPORT # AUD00324. "N"

15. REPORT OF 2005 POLICE AUDIT CONDUCTED BY "CBI" REGARDING "Follow-up PRACTICES", "CASE MANAGEMENT", "TRAINING". REPORT#'S AUD00214-217. "O"

16. REPORT OF 2005 POLICE AUDIT CONDUCTED BY "CBI" STATES: "THERE IS NO ACCOUNTABILITY IN THE DEPARTMENT". REPORT # AUD 79. "P"

17. REPORT OF 2005 POLICE AUDIT CONDUCTED BY "CBI" REGARDING AZ POST CERTIFICATION RECORDS. REPORT # AUD 00355. "Q"

18. REPORT OF 2005 POLICE AUDIT CONDUCTED BY "CBI" STATES: "THE STUDY TEAM lacks CONFIDENCE THAT IN-SERVICE TRAINING AND THE TRAINING RECORDS ARE AT THE LEVEL REQUIRED AND EXPECTED." REPORT # AUD00356. "R"

19. REPORT OF 2005 POLICE AUDIT CONDUCTED BY "CBI" FOUND "APPLICANTS WERE HIRED WHO SHOULD NOT HAVE BEEN". REPORT # AUD 00345. "S"

20. REPORT OF 2005 POLICE AUDIT CONDUCTED BY "CBI" REGARDING "LABOR MANAGEMENT RELATIONS" REPORT # AUD00376. "T"

21. REPORT OF 2005 POLICE AUDIT CONDUCTED BY "CBI" REGARDING "Civil CASES PENDING AND PAID OUT FOR LIABILITY", "CAUSES". REPORT # AUD00377,-78 & AUD00393. "U"

22. Reporters Transcripts dated 5/17/2004 State of AZ v. William Isbell PG 31. Court Stated "No Broken Pelvis". "V"

23. Reporters Transcripts dated 5/13/2004 State of AZ v. William Isbell PG 134. Jodie Isbell Testified "Plaintiff was back home 2 days after Thanksgiving 11/27/03". "W"

24. Defendants Answer to Plaintiff's Complaint in This case Officers claimed to be at Plaintiff's Home to Arrest Plaintiff on an Outstanding Warrant Dated 6-27-2005. "X"

25. Reporters Transcripts dated 5-17-04 State of AZ v. William Isbell PG 54 Justin Hughes Testified "He was at Plaintiff's Home on 12/12/03 Conducting Follow-up." "Y"

26. Affidavit Submitted by Justin Hughes States on Line 3 He and Gallant were at Plaintiff's Home on 12/12/03 for "Follow-up". "Z"

27. Defendant Hughes Response to Plaintiff's First Set of Interrogatories Question 14 Plaintiff asked Hughes "If He was the Investigative Officer on 11/18/03 Incident" Hughes Response was "No". On PG 8-9 "AA"

28. Reporters Transcripts dated 5-17-04 State vs. Isbell Justin Hughes Testified "He was Investigative Officer of 11/18/03 Incident" PG's 50-51. "BB"

29. Defendants Responses to Plaintiffs "Request for Admissions" Question 8. PG 3. "CC"

30. Defendants Responses to Plaintiff "Supplemental Interrogatories" Question 1 PG 1 & 2 "DD"

4.

31. CALLS FOR SERVICE EMPD DATED 12/12/03 SHOWING DEFENDANTS ARRIVED AT PLAINTIFF'S HOME AT 16:04:03: "EE"

32. TRUE AND ACCURATE TESTIMONY OF 'A.C' DATED 12-28-05 DEPOSITION: PG'S 17-20, 33-36, 37-40. "FF"

33. JODIE ISBELL'S AFFIDAVIT DATED 8-3-2005 STATED "LIGHTS WERE ON, DRESSER DRAWERS OPENED, CALLER ID BOX ERASED AND THE FACT 'AC' DENIED GIVING DEFENDANT'S CONSENT TO ENTER OR SEARCH." PG'S 1-2. "GG"

34. CALLS FOR SERVICE DATED 12/12/03. "ARRIVED ON SCENE 16:04:03, STAGED W/B WINDROSE FROM 124 AVE 16:36:02" 32 MINUTES IN PLAINTIFF'S HOME. PG 1-2. "HH"

35. TRUE AND ACCURATE TESTIMONY FROM DEPONENT William ISBELL DATED 12-19-2005. PG 25 LINES 4-14. "II"

36. EMPD POLICY AND PROCEDURE NO 4.16 PG 12 OF 15 SUBSECTIONS A, C, D, H, I. AND APPROVED DEPARTMENTAL FORM REQUIRING EMPLOYEES TO HAVE SIGNED IF THEY HAVE "CONSENT TO SEARCH". "JJ"

37. EMPD POLICY DEFINITION OF "PROTECTIVE SWEEPS" AND REQUIREMENTS AND LIMITATIONS OF. PG 13 OF 15 "KK"

38. NARRATIVE REPORT DATED 12/12/03 #302281-000 BY SUSAN GALLANT PG. 1. "LL"

39. EXHIBITS ATTACHED TO JODIE ISBELL'S DEPOSITION DATED 1-19-06 CONFIRMING SEARCH AND EVENTS SURROUNDING EXCESSIVE FORCE CLAIMS OF PLAINTIFF (3 PAGES) "MM"

40. EMPD POLICY AND PROCEDURE NO 1.03 "USE OF FORCE" PG 13 OF 21 REGARDING "DISPLAY OF FIREARMS AND RISK TO BYSTANDERS." "NN"

41. EMPD POLICY AND PROCEDURE "USE OF FORCE" POLICY NO 1.03 PG 9 OF 21 REGARDING THE USE AND DEPLOYMENT OF CANINES. SEE EXHIBIT "OO".

42. MARICOPA COUNTY MEDICAL CENTER HOSPITAL RECORDS OF PLAINTIFF DATED 1-13-05. PG 1-88 "SUICIDE ATTEMPT DUE TO SEVERE DEPPRESSION BY DRUG OVERDOSE" SEE EXHIBIT "PP".

43. HOSPITAL RECORDS OF JODIE ISBELL DATED 3/25/04 FROM NEXT CARE URGENT CARE. "TREATMENT FOR PAIN IN L. KNEE, AND ARM," DUE TO ASSAULT BY THE DEFENDANTS. SEE EXHIBIT "QQ".

44. CALLS FOR SERVICE RELATED TO PLAINTIFF'S HOME FROM 9-16-2002 THRU 12-04-2003 "NOTE ACTVTY CODES". SEE EXHIBIT "RR".

RESPECTFULLY SUBMITTED THIS 11th DAY OF MAY 2006
By: *William M. Isbell*
William M. Isbell