Paul W. Holloway - 002046
Larry J. Wulkan - 021404
HOLLOWAY ODEGARD FORREST
 KELLY & KASPAREK, P.C.
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
(602) 240-6670       (pholloway@hofkklaw.com)

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| William Mark Isbell, et al., | ) | NO. CIV 04-2242-PHX-JAT (VAM) |
| Plaintiffs, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| Justin Hughes, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to LRCiv 40.2 (d), Rules of Practice for the United States District Court for the District of Arizona, defendants hereby give notice that the above-entitled matter has been settled in its entirety. An appropriate stipulation for dismissal will be presented shortly.

RESPECTFULLY SUBMITTED this 3rd day of October, 2006.

        HOLLOWAY ODEGARD FORREST
         KELLY & KASPAREK, P.C.


        By s/Larry J. Wulkan
           Paul W. Holloway
           Larry J. Wulkan
           3101 N. Central Avenue, Suite 1200
           Phoenix, Arizona 85012
           Attorneys for Defendants

CERTIFICATE OF SERVICE

I certify that on the 3rd day of October, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I further certify that on 3rd day of October, 2006, I mailed a courtesy copy of the attached document with the transmittal of a Notice of Electronic Filing to the following:

William Mark Isbell ADC #109173
A.S.P.C. - EYMAN COMPLEX
P.O. Box 3400 - SMU II 4IDA44
Florence, Arizona 85232
Plaintiff *Pro Per*

s/Stephanie L. Dolfini